SIMON, Respondent, vs. DE GERSDORFF, imp., Appellant.

*October 4—October 23, 1917.*

Simon v. de Gersdorff, ante, p. 170, followed.

APPEAL from an order of the circuit court for Milwaukee county: W. J. TURNER, Circuit Judge. *Affirmed.*

The appeal is from an order denying defendant's motions to set aside service of summons and to suppress a proposed examination.

For the appellant there was a brief by *Upham, Black, Russell & Richardson*, attorneys, and *Hoyt & Goff*, of counsel, all of Milwaukee, and oral argument by *Frank M. Hoyt* and *Wm. E. Black*.

For the respondent there was a brief by *Glicksman, Gold & Corrigan* of Milwaukee, and oral argument by *W. L. Gold*.

ESCHWEILER, J.   The appeal in this case presents the identical situation and questions that are involved in the case of *Simon v. de Gersdorff, ante*, p. 170, 164 N. W. 818, and therefore the same judgment must follow.

*By the Court.*—The order of the circuit court is affirmed, and the cause remanded for further proceedings.

ROSENBERRY and SIEBECKER, JJ., dissent.